B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HOLLAND, STEVEN NORMAN** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Steve Norman Holland** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0063** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2379 Bird Lane**<br>**Batavia, IL**<br>ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HOLLAND, STEVEN NORMAN** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)             (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**HOLLAND, STEVEN NORMAN**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ STEVEN NORMAN HOLLAND**

Signature of Debtor   **STEVEN NORMAN HOLLAND**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**March 18, 2008**

Date

#### Signature of Attorney*

X **/s/ David R. Brown**

Signature of Attorney for Debtor(s)

**David R. Brown 3122323**

Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**

Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**

Telephone Number

**March 18, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **STEVEN NORMAN HOLLAND**           Case No. _____

                       Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ STEVEN NORMAN HOLLAND**
                        **STEVEN NORMAN HOLLAND**

Date:    **March 18, 2008**

Associated Bank
P.O. Box 19097
Green Bay, WI 54307-9097


Associated Bank
P.O. Box 19097
Green Bay, WI 54307-9097


Associated Bank, NA
200 N. Adams Street
PO Box 19006
Green Bay, WI 54307-9006


B&B Enterprises
40W270 B LaFox Road
Saint Charles, IL 60175


C. Barry Montgomery
Williams Montgomery & John, Ltd.
20 N. Wacker Drive, Ste. 2100
Chicago, IL 60606


Call Source


Caren Menas
56 Lake Zurich Drive
Lake Zurich, IL 60047


Citi Advantage Card
P.O. Box 688906
Des Moines, IA 50368-8906


Citi Advantage Card
P.O. Box 688906
Des Moines, IA 50368-8906


CitiMortgage, Inc.
P.O. Box 688950
Des Moines, IA 50368-8950


City of Lake Geneva
626 Geneva Street
Lake Geneva, WI 53147

City of Shorewood
Shorewood, IL


CLTV
2000 York Road
Suite 114
Oak Brook, IL 60523


Coca Cola Enterprises
St. Charles Sales Center
2335 Paysphere Circle
Chicago, IL 60674


ComEd
Payment Center
Chicago, IL 60668-0001


Cook County Treasurer
118 N, Clark Street
Rms 112 & 212
Chicago, IL 60602


Countrywide Home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458


Countrywide home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458


Countrywide Home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458


Countrywide Home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458

Countrywide Home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458


Countrywide Home Loans
ATTN CLD/AR
P.O. Box 660458
Dallas, TX 75266-0458


Credit Link, LLC
29W110 Butterfield Road
Suite 105
Warrenville, IL 60555


D&B Advertising
53 E St. Charles
Villa Park, IL 60181


D&B Advertising
53 E St. Charles
Villa Park, IL 60181


D&B Advertising
53 E St. Charles
Villa Park, IL 60181


David W. Comer
913 Willow Lane
Shorewood, IL 60404


Debbie Harper
Former Employee


Debbie Harper


Dedicated Home Services LLC
Aaron Pfaff
W1950 Rock Rd.
Iron Ridge, WI 53035


Delaware Place Bank
190 E. Delaware
Chicago, IL 60611

Dennis Grube
463 Holiday Lane
Hainesville, IL 60073


Direct TV
P.O. Box 60036
Los Angeles, CA 90060-0036


Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069


Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069


Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069


DuPage County Collector
421 N. County Farm Road
Wheaton, IL 60187


DuPage County Collector
County Complex
421 N. County Farm Road
Wheaton, IL 60187


EC Inspectors
Erice Wade
60 E. Oak St.
Villa Park, IL 60181


Fannie Mae
6000 Feldwood Drive
Atlanta, GA 30349


First Collateral Services, Inc.
1855 Gateway Blvd.
Suite 800
Concord, CA 94520-8441

First Midwest Bank Proc. Ctr.
PO Box 9003
Gurnee, IL 60031-9003


First Midwest Bank Processing Cente
P.O. Box 9003
Gurnee, IL 60031-9003


Flagstar Bank, FSB
302 W. Michigan Avenue
Jackson, MI 49201


Fort Dearborn Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678-1367


Gary Cuddworth
Former Employee


Genworth Financial Services
P.O. Box 277231
Atlanta, GA 30384-7231


Harris Mortgage Loan
P.O. Box 6148
Carol Stream, IL 60197-6148


Hinkley Springs Water Company
P.O. Box 660579
Dallas, TX 75266-0579


Holland Home Auction, Inc.


Holland Home Auction, Inc.


Holland Home Auction, Inc.


Holland Home Auction, Inc.

Holland Home Auction, Inc.


Home Builders Assoc. of Greater Chi
1841 W. Army Trail Rd.
Addison, IL 60101


Impact Networking LLC
Dept 5270
P.O. Box 1170
Milwaukee, WI 53201-1170


Innovative Voice Technologies
1717 Penny Lane
Schaumburg, IL 60173


Integral
1700 Park St.
Naperville, IL 60563


James M. Jefferson
2372 Kane Lane
Batavia, IL 60510


John Drish Landscaper
c/o FCC - Columbus, Inc
1550 Old Henderson Rd, 100-S
Columbus, OH 43220


Kelmscott Press
1665 Mallette Rd
Aurora, IL 60505


Kinko


Lake Geneva City Treasurer
626 Geneva Street
Lake Geneva, WI 53147


Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

LaSalle Bank
4747 W. Irving Park Rd.
Chicago, IL 60641-2708


LaSalle Bank NA
135 S. LaSalle Street
Chicago, IL 60603


Lender Support Systems
13475 Danielson St. #220
Poway, CA 92064


Lincoln State Bank
304 E. Highway 38 - Box 38
PO Box 378
Rochelle, IL 61068


Lincoln State Bank
304 E. Highway 38 - Box 38
PO Box 378
Rochelle, IL 61068


Lisa Madigan, Attorney General
Consumer Protection Division
100 West Randolph Street
Chicago, IL 60601


MERS
13059 Collections Center Dr.
Chicago, IL 60693


Michael Cox
c/o KMD Partners
5240 N. Sheridan
Chicago, IL 60686


Michael J. Bertinetti, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111


National Life Insurance Company
P.O. Box 13910
Philadelphia, PA 19101-3910

Nationwide Advantage Mortgage Co.
P.O. Box 8414
Des Moines, IA 50301-9905

Nationwide Insurance
729 E.Dundee Rd.
Arlington Heights, IL 60004

Neopost
P.O. Box 45800
San Francisco, CA 94145-0800

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Home Experts, Inc.

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563

```
New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563
```

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563

```
New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563
```

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563

New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


New Millenium Mortgage Corp.
1700 Park Street
Suite 203
Naperville, IL 60563


Next Media - 95.9 The River
Law Offices Barry Serota & Assoc.
P.O. Box 1008
Arlington Heights, IL 60006


NiCor
P.O. Box 2020
Aurora, IL 60507


Norman Holland
46 Riviera Drive
New Buffalo, MI


Northwest News Group
7717 S. Route 38
Crystal Lake, IL 60014


O'Malley Appraisals
9116 Poplar Rd.
Orland Park, IL 60462


OHalloran Appraisal Services
1410 Colby Lane
Schaumburg, IL 60193

Quick Impressions
920 Ridge Avenue - Unit C2
Lombard, IL 60148


Rainbow Printing
16135 New Avenue, Unit 1A
Lemont, IL 60439


Rick Tarulis
Brooks Adams & Tarulis
101 N. Washington
Naperville, IL 60540


Rieck & Crotty
55 W. Monroe St.
Suite3390
Chicago, IL 60603


Royal Office Products
P.O. Box 2403
Bedford Park, IL 60499-2403


Safeco Insurance
P.O. Box 66768
Saint Louis, MO 63166-6768


Sams Club
P.O. 530942
Atlanta, GA 30353


Shred-It
115 W. Lake Dr., Suite 200
Glendale Heights, IL 60139


Sign A Rama
8S101 Route 59
Naperville, IL 60540


Smith Davies & Nicolau
Mark Smith
162 N. Franklin St. #201
Chicago, IL 60606


Stage-It

Standard Title Guaranty Company
315 S. Schuyler Avenue
P.O. Box 86
Kankakee, IL 60901


Steve Holland


Steve Holland


Steve Holland


Steve Holland


Steve Holland


Steve Holland c/o New Millenium


Steven B. Ekker, Esq.
Momkus McCluskey, LLC
3051 Oak Grove Rd, Suite 220
Downers Grove, IL 60515


Stewart Lender Services
P.O. Box 973597
Dallas, TX 75397-3597


The List Company


Thomas C. Nolan
Phelan Nolan & Assoc., P.C.
211 N. Hammes Avenue
Joliet, IL 60435


United Mileage Plus
PO Box 15153
Wilmington, DE 19886-5153

US Express Leasing, Inc.
300 Lanidex Plaza
Parsippany, NJ 07054-2797


USXL Express Leasing, Inc.
300 Lanidex Plaza (2nd Floor)
Parsippany, NJ 07054


William Ryan Homes, Inc.
945 North Plum Grove Road
Schaumburg, IL 60173


Wolin-Levin, Inc
Payment Processing Center
P.O. Box 501450
San Diego, CA 92150-1550


Worldwide Express
130 S. Bemiston Ave #700
Saint Louis, MO 63105