UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HOLLAND, STEVEN NORMAN § Case No. 08-06400
§
HOLLAND, STEVE NORMAN §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 18, 2008. The undersigned trustee was appointed on March 18, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     182,015.88

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 0.00 |
| Payments to creditors | 100,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 82,015.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/23/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,350.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,350.79, for a total compensation of $12,350.79. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,237.60, for total expenses of $1,237.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2010          By:/s/CHARLES J. MYLER
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 03/18/08 (f)
§341(a) Meeting Date: 04/21/08
Claims Bar Date: 07/23/08

Period Ending: 04/08/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2000 Lincoln Park West #1510, Chicago, IL 100% | 300,000.00 | 0.00 | DA | 1,900.00 | FA |
| 2 | 2379 Bird Lane, Batavia 100% subject to wife's, | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Mill Creek Condominium Unit #105 100% ownership | 179,000.00 | 56,862.37 | DA | 0.00 | FA |
| 4 | 1503 South State Street, Chicago, IL (empty cond | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | cash | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Joint checking account at LaSalle Bank, NA, #530 | 5,893.05 | 1,893.05 | DA | 0.00 | FA |
| 7 | furniture, televisions, computer, etc. | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 8 | ordinary clothing | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | National Life # NL5007231 - $17,355.63 Northwest | 28,642.92 | 0.00 | DA | 0.00 | FA |
| 10 | 100% ownership in the following corporations: | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Potential claim against Kenneth Neumann and Neum | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Lexus LS460 | 62,000.00 | 59,600.00 | DA | 0.00 | FA |
| 13 | Approximately 300,000 accumulated miles on Unite | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Funds in New Millenium | Unknown | 0.00 | | 180,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 115.88 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $1,583,735.97 | $123,555.42 | | $182,015.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has received settlement funds from debtor corporation; will file final report

Initial Projected Date Of Final Report (TFR):   September 30, 2008          Current Projected Date Of Final Report (TFR):   March 31, 2010

Printed: 04/08/2010 03:13 PM   V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN

Taxpayer ID #: **-***4878
Period Ending: 04/08/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****56-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/08 | {1} | Steven Holland | Rent on Lincoln Park property | 1110-000 | 1,900.00 | | 1,900.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.11 | | 1,900.11 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,900.35 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,900.57 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,900.81 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 1,901.01 |
| 11/07/08 | {14} | New Millenium | Turnover settlement payment | 1129-000 | 180,000.00 | | 181,901.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 8.50 | | 181,909.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.89 | | 181,922.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,929.82 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.92 | | 181,936.74 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 181,944.65 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,952.07 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.17 | | 181,959.24 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 181,967.15 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 181,974.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 181,982.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,989.91 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,997.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 182,005.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 182,012.67 |
| 01/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 3.21 | | 182,015.88 |
| 01/14/10 | | To Account #********5666 | Transfer to checking | 9999-000 | | 182,015.88 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 182,015.88 | 182,015.88 | $0.00 |
| Less: Bank Transfers | 0.00 | 182,015.88 | |
| Subtotal | 182,015.88 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $182,015.88 | $0.00 | |

Printed: 04/08/2010 03:13 PM　V.12.08

Exhibit B

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN

Taxpayer ID #: **-***4878
Period Ending: 04/08/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****56-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/10 | | From Account #********5665 | Transfer to checking | 9999-000 | 182,015.88 | | 182,015.88 |
| 01/14/10 | 101 | First Collateral Services, Inc. | Settlement per court order | 4110-000 | | 100,000.00 | 82,015.88 |
| 04/06/10 | | Wire out to BNYM account 9200******5666 | Wire out to BNYM account 9200******5666 | 9999-000 | -82,015.88 | | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $100,000.00 | |

Printed: 04/08/2010 03:13 PM    V.12.08

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-06400 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | HOLLAND, STEVEN NORMAN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-*****56-66 - Checking Account |
| Taxpayer ID #: | **-***4878 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | 9999-000 | 82,015.88 | | 82,015.88 |
| | | | ACCOUNT TOTALS | | 82,015.88 | 0.00 | $82,015.88 |
| | | | Less: Bank Transfers | | 82,015.88 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :  182,015.88
Net Estate :  $182,015.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 182,015.88 | 0.00 | 0.00 |
| Checking # ***-*****56-66 | 0.00 | 100,000.00 | 0.00 |
| Checking # 9200-*****56-66 | 0.00 | 0.00 | 82,015.88 |
| | $182,015.88 | $100,000.00 | $82,015.88 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-06400
Case Name: HOLLAND, STEVEN NORMAN
Trustee Name: CHARLES J. MYLER

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Cook County Treasurer | $ 2,837.05 |
| CitiMortgage, Inc. | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason | Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 12,350.79 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 15,625.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles Myler | $ | $ 1,237.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*     *Fees*     *Expenses*

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 687,040.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | ComEd Company | $ 682.01 | $ 49.60 |
| 2 | OHalloran Appraisals Inc | $ 520.00 | $ 37.82 |
| 3 | NextMedia-95.9 The River | $ 16,500.00 | $ 1,199.97 |
| 5 | Lamar Advertising Company | $ 7,241.00 | $ 526.61 |
| 6-2 | Lincoln State Bank | $ 156,162.81 | $ 11,357.04 |
| 7 | CHASE BANK USA | $ 15,227.03 | $ 1,107.40 |
| 8 | Norman Holland | $ 400,000.00 | $ 29,090.26 |
| 10 | William Ryan Homes, Inc. | $ 90,707.23 | $ 6,596.74 |
| NOTFILED | First Collateral Services, Inc. | $ 0.00 | $ 0.00 |

UST Form 101-7-TFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009)