UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: HOLLAND, STEVEN NORMAN | § | Case No. 08-06400 |
| | § | |
| HOLLAND, STEVE NORMAN | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 6/7/10 in Courtroom 140, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2010             By: /s/CHARLES J. MYLER_____
                                              Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HOLLAND, STEVEN NORMAN | § | Case No. 08-06400 |
| | § | |
| HOLLAND, STEVE NORMAN | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 182,015.88

*and approved disbursements of*     $ 100,000.00

*leaving a balance on hand of* [1]     $ 82,015.88

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Cook County Treasurer | $ 2,837.05 |
| CitiMortgage, Inc. | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 12,350.79 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 15,625.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles Myler | $ | $ 1,237.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 687,040.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd Company | $ 682.01 | $ 49.60 |
| 2 | OHalloran Appraisals Inc | $ 520.00 | $ 37.82 |
| 3 | NextMedia-95.9 The River | $ 16,500.00 | $ 1,199.97 |
| 5 | Lamar Advertising Company | $ 7,241.00 | $ 526.61 |
| 6-2 | Lincoln State Bank | $ 156,162.81 | $ 11,357.04 |
| 7 | CHASE BANK USA | $ 15,227.03 | $ 1,107.40 |
| 8 | Norman Holland | $ 400,000.00 | $ 29,090.26 |
| 10 | William Ryan Homes, Inc. | $ 90,707.23 | $ 6,596.74 |
| NOTFILED | First Collateral Services, Inc. | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*
                            N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                                   *Allowed Amt. of Claim*   *Proposed Payment*
                            N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/CHARLES J. MYLER
                          Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 4                  Date Rcvd: May 10, 2010
Case: 08-06400                Form ID: pdf006             Total Noticed: 96


The following entities were noticed by first class mail on May 12, 2010.
db           +Steven Holland,    2379 Bird Lane,    Batavia, IL 60510-8967
aty          +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
12058129      Associated Bank,    P.O. Box 19097,    Green Bay, WI 54307-9097
12058131      Associated Bank, NA,    200 N. Adams Street,    PO Box 19006,    Green Bay, WI 54307-9006
12694901     +Avelo Mortgage,    Pob 660138,    Dallas TX 75266-0138
12058132     +B&B Enterprises,    40W270 B LaFox Road,    Saint Charles, IL 60175-7624
12058133     +C. Barry Montgomery,    Williams Montgomery & John, Ltd.,    20 N. Wacker Drive, Ste. 2100,
               Chicago, IL 60606-3002
12292507     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349603      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12058141     +CLTV,    2000 York Road,    Suite 114,    Oak Brook, IL 60523-8863
12058135     +Caren Menas,    56 Lake Zurich Drive,    Lake Zurich, IL 60047-2226
12058136      Citi Advantage Card,    P.O. Box 688906,    Des Moines, IA 50368-8906
12058138      CitiMortgage, Inc.,    P.O. Box 688950,    Des Moines, IA 50368-8950
12338884      Citimortgage Inc.,    PO Box 6941,    The Lakes, NV 88901-6941
12058139     +City of Lake Geneva,    626 Geneva Street,    Lake Geneva, WI 53147-1914
12058140      City of Shorewood,    Shorewood, IL
12058142     +Coca Cola Enterprises,    St. Charles Sales Center,    2335 Payspere Circle,
               Chicago, IL 60674-0023
12058144     +Cook County Treasurer,    118 N, Clark Street,    Rms 112 & 212,    Chicago, IL 60602-1304
12058145      Countrywide Home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
12058151     +Credit Link, LLC,    29W110 Butterfield Road,    Suite 105,    Warrenville, IL 60555-2828
12058152     +D&B Advertising,    53 E St. Charles,    Villa Park, IL 60181-2465
12058155     +David W. Comer,    913 Willow Lane,    Shorewood, IL 60404-2545
12058158     +Dedicated Home Services LLC,    Aaron Pfaff,    W1950 Rock Rd.,    Iron Ridge, WI 53035-9724
12058159     +Delaware Place Bank,    190 E. Delaware,    Chicago, IL 60611-1814
12058160     +Dennis Grube,    463 Holiday Lane,    Hainesville, IL 60073-3198
12058162      Direct TV,    P.O. Box 9001069,    Louisville, KY 40290-1069
12058161      Direct TV,    P.O. Box 60036,    Los Angeles, CA 90060-0036
12058165     +DuPage County Collector,    421 N. County Farm Road,    Wheaton, IL 60187-3992
12058166     +DuPage County Collector,    County Complex,    421 N. County Farm Road,    Wheaton, IL 60187-3992
12058167     +EC Inspectors,    Erice Wade,    60 E. Oak St.,    Villa Park, IL 60181-2111
12058168     +Fannie Mae,    6000 Feldwood Drive,    Atlanta, GA 30349-3652
12419059     +First Collateral Services,    c/o Donald H. Cram, III,    SEVERSON & WERSON,
               One Embarcadero Center, Suite 2600,    San Francisco, CA 94111-3715
12058169     +First Collateral Services, Inc.,    1855 Gateway Blvd.,    Suite 800,    Concord, CA 94520-8442
12058170      First Midwest Bank Proc. Ctr.,    PO Box 9003,    Gurnee, IL 60031-9003
12058171      First Midwest Bank Processing Cente,    P.O. Box 9003,    Gurnee, IL 60031-9003
12058173     +Fort Dearborn Life Insurance Co.,    36788 Eagle Way,    Chicago, IL 60678-1367
12058175      Genworth Financial Services,    P.O. Box 277231,    Atlanta, GA 30384-7231
12058176      Harris Mortgage Loan,    P.O. Box 6148,    Carol Stream, IL 60197-6148
12058177      Hinkley Springs Water Company,    P.O. Box 660579,    Dallas, TX 75266-0579
12058183     +Home Builders Assoc. of Greater Chi,    1841 W. Army Trail Rd.,    Addison, IL 60101-1901
12058184      Impact Networking LLC,    Dept 5270,    P.O. Box 1170,    Milwaukee, WI 53201-1170
12058185     +Innovative Voice Technologies,    1717 Penny Lane,    Schaumburg, IL 60173-5602
12058186     +Integral,    1700 Park St.,    Naperville, IL 60563-5420
12058187     +James M. Jefferson,    2372 Kane Lane,    Batavia, IL 60510-8981
12058188     +John Drish Landscaper,    c/o FCC - Columbus, Inc,    1550 Old Henderson Rd, 100-S,
               Columbus, OH 43220-3662
12058189     +Kelmscott Press,    1665 Mallette Rd,    Aurora, IL 60505-1354
12058193     +LaSalle Bank,    4747 W. Irving Park Rd.,    Chicago, IL 60641-2791
12058194     +LaSalle Bank NA,    135 S. LaSalle Street,    Chicago, IL 60603-4489
12058191     +Lake Geneva City Treasurer,    626 Geneva Street,    Lake Geneva, WI 53147-1914
12058192     +Lamar Advertising Company,    Attn Credit Department,    PO Box 66338,    Baton Rouge, LA 70896-6338
12058195     +Lender Support Systems,    13475 Danielson St. #220,    Poway, CA 92064-8858
12058197     +Lincoln State Bank,    304 E. Highway 38 - Box 38,    PO Box 378,    Rochelle, IL 61068-0378
12058196     +Lincoln State Bank,    c/o Matthew M Hevrin,    Hinshaw & Culbertson,    100 Park Avenue,
               Rockford, IL 61101-1099
12058198     +Lisa Madigan, Attorney General,    Consumer Protection Division,    100 West Randolph Street,
               Chicago, IL 60601-3218
12058199     +MERS,    13059 Collections Center Dr.,    Chicago, IL 60693-0001
12058200     +Michael Cox,    c/o KMD Partners,    5240 N. Sheridan,    Chicago, IL 60686-0001
12058201     +Michael J. Bertinetti, Esq.,    Severson & Werson,    One Embarcadero Center, Suite 2600,
               San Francisco, CA 94111-3715
12058202      National Life Insurance Company,    P.O. Box 13910,    Philadelphia, PA 19101-3910
12058203     +Nationwide Advantage Mortgage Co.,    P.O. Box 8414,    Des Moines, IA 50306-8414
12058204     +Nationwide Insurance,    729 E.Dundee Rd.,    Arlington Heights, IL 60004-1542
12058205      Neopost,    P.O. Box 45800,    San Francisco, CA 94145-0800
12058226     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058277     +Next Media - 95.9 The River,    Law Offices Barry Serota & Assoc.,    P.O. Box 1008,
               Arlington Heights, IL 60006-1008
12107310     +NextMedia-95.9 The River,    American Financial Mgmt Inc,    3715 Ventura Drive,
               Arlington Heights, IL 60004-7696
12058279     +Norman Holland,    11466 Riviera Drive,    New Buffalo, MI 49117-9257
12058280      Northwest News Group,    7717 S. Route 38,    Crystal Lake, IL 60014
```

```
District/off: 0752-1          User: arodarte              Page 2 of 4              Date Rcvd: May 10, 2010
Case: 08-06400                Form ID: pdf006             Total Noticed: 96

12058281       +O'Malley Appraisals,    9116 Poplar Rd.,    Orland Park, IL 60462-2672
12058282       +OHalloran Appraisal Services,    1410 Colby Lane,    Schaumburg, IL 60193-3609
12100196       +OHalloran Appraisals Inc,    1419 Colby Lane,    Schaumburg, IL 60193-3608
12058283       +Quick Impressions,    920 Ridge Avenue - Unit C2,    Lombard, IL 60148-1226
12058284       +Rainbow Printing,    16135 New Avenue, Unit 1A,    Lemont, IL 60439-2605
12058285       +Rick Tarulis,   Brooks Adams & Tarulis,    101 N. Washington,    Naperville, IL 60540-4511
12058286       +Rieck & Crotty,    55 W. Monroe St.,    Suite3390,    Chicago, IL 60603-5001
12058287        Royal Office Products,    P.O. Box 2403,    Bedford Park, IL 60499-2403
12058288        Safeco Insurance,    P.O. Box 66768,    Saint Louis, MO 63166-6768
12058290       +Shred-It,   115 W. Lake Dr., Suite 200,    Glendale Heights, IL 60139-4883
12058291       +Sign A Rama,    8S101 Route 59,    Naperville, IL 60540-0974
12058292       +Smith Davies & Nicolau,    Mark Smith,    162 N. Franklin St. #201,    Chicago, IL 60606-1861
12058294       +Standard Title Guaranty Company,    315 S. Schuyler Avenue,    P.O. Box 86,
                 Kankakee, IL 60901-0086
12058301       +Steven B. Ekker, Esq.,    Momkus McCluskey, LLC,    3051 Oak Grove Rd, Suite 220,
                 Downers Grove, IL 60515-1181
12058302        Stewart Lender Services,    P.O. Box 973597,    Dallas, TX 75397-3597
12058304       +Thomas C. Nolan,    Phelan Nolan & Assoc., P.C.,    211 N. Hammes Avenue,    Joliet, IL 60435-8113
12058306       +US Express Leasing, Inc.,    300 Lanidex Plaza,    Parsippany, NJ 07054-2723
12058307       +USXL Express Leasing, Inc.,    300 Lanidex Plaza (2nd Floor),    Parsippany, NJ 07054-2723
12058305        United Mileage Plus,    PO Box 15153,    Wilmington, DE 19886-5153
12058308       +William Ryan Homes, Inc.,    945 North Plum Grove Road,    Schaumburg, IL 60173-4704
12058309       +Wolin-Levin, Inc,    Payment Processing Center,    P.O. Box 501450,    San Diego, CA 92150-1450
12058310       +Worldwide Express,    130 S. Bemiston Ave #700,    Saint Louis, MO 63105-1928
The following entities were noticed by electronic transmission on May 10, 2010.
12058143        E-mail/Text: legalcollections@comed.com                             ComEd,   Payment Center,
                 Chicago, IL 60668-0001
12087868       +E-mail/Text: legalcollections@comed.com                             ComEd Company,
                 Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12058172       +E-mail/Text: bankruptcysupport@flagstar.com                         Flagstar Bank, FSB,
                 302 W. Michigan Avenue,    Jackson, MI 49201-2121
12058278       +E-mail/Text: bankrup@nicor.com                            NiCor,   P.O. Box 2020,
                 Aurora, IL 60507-2020
12058289       +E-mail/PDF: gecsedi@recoverycorp.com May 11 2010 00:20:44      Sams Club,   P.O. 530942,
                 Atlanta, GA 30353-0942
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12058134       Call Source
12058156       Debbie Harper,   Former Employee
12058157       Debbie Harper
12058174       Gary Cuddworth,   Former Employee
12058178       Holland Home Auction, Inc.
12058179       Holland Home Auction, Inc.
12058180       Holland Home Auction, Inc.
12058181       Holland Home Auction, Inc.
12058182       Holland Home Auction, Inc.
12058190       Kinko
12058215       New Home Experts, Inc.
12058216       New Home Experts, Inc.
12058217       New Home Experts, Inc.
12058218       New Home Experts, Inc.
12058219       New Home Experts, Inc.
12058220       New Home Experts, Inc.
12058221       New Home Experts, Inc.
12058222       New Home Experts, Inc.
12058223       New Home Experts, Inc.
12058224       New Home Experts, Inc.
12058225       New Home Experts, Inc.
12058206       New Home Experts, Inc.
12058207       New Home Experts, Inc.
12058208       New Home Experts, Inc.
12058209       New Home Experts, Inc.
12058210       New Home Experts, Inc.
12058211       New Home Experts, Inc.
12058212       New Home Experts, Inc.
12058213       New Home Experts, Inc.
12058214       New Home Experts, Inc.
12058293       Stage-It
12058295       Steve Holland
12058296       Steve Holland
12058297       Steve Holland
12058298       Steve Holland
12058299       Steve Holland
12058300       Steve Holland c/o New Millenium
12058303       The List Company
aty*          +Charles J Myler,   Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
aty*          +Charles J. Myler,   Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
12058130*      Associated Bank,    P.O. Box 19097,    Green Bay, WI 54307-9097
12058137*      Citi Advantage Card,    P.O. Box 688906,    Des Moines, IA 50368-8906
12058147*      Countrywide Home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
```

```
District/off: 0752-1          User: arodarte              Page 3 of 4              Date Rcvd: May 10, 2010
Case: 08-06400                Form ID: pdf006             Total Noticed: 96

              ***** BYPASSED RECIPIENTS (continued) *****
12058148*      Countrywide Home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
12058149*      Countrywide Home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
12058150*      Countrywide Home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
12058146*      Countrywide home Loans,    ATTN CLD/AR,    P.O. Box 660458,    Dallas, TX 75266-0458
12058153*     +D&B Advertising,    53 E St. Charles,    Villa Park, IL 60181-2465
12058154*     +D&B Advertising,    53 E St. Charles,    Villa Park, IL 60181-2465
12058163*      Direct TV,   P.O. Box 9001069,    Louisville, KY 40290-1069
12058164*      Direct TV,   P.O. Box 9001069,    Louisville, KY 40290-1069
12058227*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058228*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058229*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058230*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058231*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058232*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058233*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058234*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058235*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058236*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058237*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058238*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058239*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058240*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058241*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058242*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058243*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058244*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058245*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058246*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058247*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058248*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058249*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058250*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058251*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058252*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058253*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058254*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058255*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058256*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058257*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058258*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058259*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058260*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058261*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058262*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058263*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058264*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058265*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058266*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058267*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058268*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058269*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058270*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058271*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058272*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058273*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058274*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058275*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
12058276*     +New Millenium Mortgage Corp.,    1700 Park Street,    Suite 203,    Naperville, IL 60563-2370
                                                                                              TOTALS: 38, * 63
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: arodarte             Page 4 of 4               Date Rcvd: May 10, 2010
Case: 08-06400                Form ID: pdf006            Total Noticed: 96

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2010**                          **Signature:**    _Joseph Speetjens_