UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: HOLLAND, STEVEN NORMAN | § Case No. 08-06400 |
| | § |
| HOLLAND, STEVE NORMAN | § |
| Debtor(s) | § |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,583,735.97 *(without deducting any secured claims)* | Assets Exempt: $53,042.92 |
| Total Distribution to Claimants: $152,802.49 | Claims Discharged Without Payment: $4,110,031.74 |
| Total Expenses of Administration: $29,213.39 | |

3) Total gross receipts of $ 182,015.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $182,015.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $1,220,011.46 | $704,827.85 | $100,000.00 | $100,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 16,862.61 | 29,213.39 | 29,213.39 | 29,213.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 4,208,525.72 | 2,464,376.21 | 687,040.08 | 52,802.49 |
| **TOTAL DISBURSEMENTS** | $5,445,399.79 | $3,198,417.45 | $816,253.47 | $182,015.88 |

4) This case was originally filed under Chapter 7 on March 18, 2008. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2010         By: /s/CHARLES J. MYLER
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 12,350.79 | 12,350.79 | 12,350.79 |
| Charles Myler | 2200-000 | N/A | 1,237.60 | 1,237.60 | 1,237.60 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 15,625.00 | 15,625.00 | 15,625.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 29,213.39 | 29,213.39 | 29,213.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd Company | 7100-000 | 124.18 | 682.01 | 682.01 | 52.42 |
| 2 | OHalloran Appraisals Inc | 7100-000 | 350.00 | 520.00 | 520.00 | 39.96 |
| 3 | NextMedia-95.9 The River | 7100-000 | 16,508.14 | 16,500.00 | 16,500.00 | 1,268.11 |
| 5 | Lamar Advertising Company | 7100-000 | 7,241.00 | 7,241.00 | 7,241.00 | 556.51 |
| 6 -2 | Lincoln State Bank | 7100-000 | 258,508.25 | 156,162.81 | 156,162.81 | 12,001.90 |
| 7 | CHASE BANK USA | 7100-000 | N/A | 15,227.03 | 15,227.03 | 1,170.27 |
| 8 | Norman Holland | 7100-000 | 450,000.00 | 400,000.00 | 400,000.00 | 30,742.01 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | William Ryan Homes, Inc. | 7100-000 | unknown | 90,707.23 | 90,707.23 | 6,971.31 |
| NOTFILED | Lender Support Systems | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Madigan, Attorney General Consumer Protection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MERS | 7100-000 | 34.65 | N/A | N/A | 0.00 |
| NOTFILED | Michael Cox c/o KMD Partners | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Neopost | 7100-000 | 592.19 | N/A | N/A | 0.00 |
| NOTFILED | New Millenium Mortgage Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Advantage Mortgage Co. | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Insurance | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| NOTFILED | National Life Insurance Company | 7100-000 | 1,036.10 | N/A | N/A | 0.00 |
| NOTFILED | Innovative Voice Technologies | 7100-000 | 480.75 | N/A | N/A | 0.00 |
| NOTFILED | Home Builders Assoc. of Greater Chi | 7100-000 | 1,155.07 | N/A | N/A | 0.00 |
| NOTFILED | Genworth Financial Services | 7100-000 | 704.61 | N/A | N/A | 0.00 |
| NOTFILED | Hinkley Springs Water Company | 7100-000 | 90.84 | N/A | N/A | 0.00 |
| NOTFILED | Impact Networking LLC | 7100-000 | 816.08 | N/A | N/A | 0.00 |
| NOTFILED | Integral | 7100-000 | 214.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 325.48 | N/A | N/A | 0.00 |
| NOTFILED | Kelmscott Press | 7100-000 | 10,431.00 | N/A | N/A | 0.00 |
| NOTFILED | James M. Jefferson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Drish Landscaper c/o FCC - Columbus, Inc | 7100-000 | 1,996.50 | N/A | N/A | 0.00 |
| NOTFILED | Kinko | 7100-000 | 506.53 | N/A | N/A | 0.00 |
| NOTFILED | Royal Office Products | 7100-000 | 1,351.40 | N/A | N/A | 0.00 |
| NOTFILED | Stewart Lender Services | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Stage-It | 7100-000 | 106.76 | N/A | N/A | 0.00 |
| NOTFILED | Standard Title Guaranty Company | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| NOTFILED | The List Company | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | US Express Leasing, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Mileage Plus | 7100-000 | 35,805.02 | N/A | N/A | 0.00 |
| NOTFILED | Worldwide Express | 7100-000 | 798.61 | N/A | N/A | 0.00 |
| NOTFILED | USXL Express Leasing, Inc. | 7100-000 | 9,921.80 | N/A | N/A | 0.00 |
| NOTFILED | Smith Davies & Nicolau Mark Smith | 7100-000 | 2,104.01 | N/A | N/A | 0.00 |
| NOTFILED | Sign A Rama | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Rainbow Printing | 7100-000 | 110.37 | N/A | N/A | 0.00 |
| NOTFILED | O'Malley Appraisals | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Quick Impressions | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Rick Tarulis Brooks Adams & Tarulis | 7100-000 | 10,566.25 | N/A | N/A | 0.00 |
| NOTFILED | Gary Cuddworth Former Employee | 7100-000 | 209.32 | N/A | N/A | 0.00 |
| NOTFILED | Rieck & Crotty | 7100-000 | 4,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Shred-It | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Safeco Insurance | 7100-000 | 1,165.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 36,086.94 | N/A | N/A | 0.00 |
| NOTFILED | Northwest News Group | 7100-000 | 135.30 | N/A | N/A | 0.00 |
| NOTFILED | Fannie Mae | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| NOTFILED | Fort Dearborn Life Insurance Co. | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Advantage Card | 7100-000 | 6,059.69 | N/A | N/A | 0.00 |
| NOTFILED | Call Source | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Caren Menas | 7100-000 | 195,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Advantage Card | 7100-000 | 1,146.62 | N/A | N/A | 0.00 |
| NOTFILED | CLTV | 7100-000 | 3,825.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Shorewood Shorewood, IL | 7100-000 | 883.57 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide home Loans | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Coca Cola Enterprises St. Charles Sales Center | 7100-000 | 102.55 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | B&B Enterprises | 7100-000 | 1,770.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 249,133.88 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank, NA | 7100-000 | 440,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank | 7100-000 | 305,603.54 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln State Bank | 7100-000 | 52,969.27 | N/A | N/A | 0.00 |
| NOTFILED | New Millenium Mortgage | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | DuPage County Collector | 7100-000 | 2,959.20 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 30.99 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 8.43 | N/A | N/A | 0.00 |
| NOTFILED | DuPage County Collector County Complex | 7100-000 | 5,187.24 | N/A | N/A | 0.00 |
| NOTFILED | EC Inspectors Erice Wade | 7100-000 | 2,025.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank Processing Cente | 7100-000 | 92,697.53 | N/A | N/A | 0.00 |
| NOTFILED | First Collateral Services, Inc. | 7100-000 | 1,600,080.63 | 1,777,336.13 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First Midwest Bank Proc. Ctr. | 7100-000 | 129,743.69 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 58.55 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Grube | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 179.13 | N/A | N/A | 0.00 |
| NOTFILED | D&B Advertising | 7100-000 | 141,140.50 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Link, LLC | 7100-000 | 762.76 | N/A | N/A | 0.00 |
| NOTFILED | D&B Advertising | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | David W. Comer | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | D&B Advertising | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Dedicated Home Services LLC Aaron Pfaff | 7100-000 | 845.00 | N/A | N/A | 0.00 |
| NOTFILED | Debbie Harper Former Employee | 7100-000 | 1,422.85 | N/A | N/A | 0.00 |
| NOTFILED | Debbie Harper | 7100-000 | 409.95 | N/A | N/A | 0.00 |
| NOTFILED | Flagstar Bank, FSB | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 4,208,525.72 | 2,464,376.21 | 687,040.08 | 52,802.49 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN
Period Ending: 12/10/10

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 03/18/08 (f)
§341(a) Meeting Date: 04/21/08
Claims Bar Date: 07/23/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2000 Lincoln Park West #1510, Chicago, IL 100% | 300,000.00 | 0.00 | DA | 1,900.00 | FA |
| 2 | 2379 Bird Lane, Batavia 100% subject to wife's, | 700,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Mill Creek Condominium Unit #105 100% ownership | 179,000.00 | 56,862.37 | DA | 0.00 | FA |
| 4 | 1503 South State Street, Chicago, IL (empty cond | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | cash | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | Joint checking account at LaSalle Bank, NA, #530 | 5,893.05 | 1,893.05 | DA | 0.00 | FA |
| 7 | furniture, televisions, computer, etc. | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 8 | ordinary clothing | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | National Life # NL5007231 - $17,355.63 Northwest | 28,642.92 | 0.00 | DA | 0.00 | FA |
| 10 | 100% ownership in the following corporations: | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Potential claim against Kenneth Neumann and Neum | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Lexus LS460 | 62,000.00 | 59,600.00 | DA | 0.00 | FA |
| 13 | Approximately 300,000 accumulated miles on Unite | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Funds in New Millenium | Unknown | 0.00 | | 180,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 115.88 | FA |
| 15 | Assets Totals (Excluding unknown values) | $1,583,735.97 | $123,555.42 | | $182,015.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution report sent to US Trustee 12/10/10

Initial Projected Date Of Final Report (TFR): September 30, 2008
Current Projected Date Of Final Report (TFR): May 24, 2010 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-06400 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | HOLLAND, STEVEN NORMAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****56-65 - Money Market Account |
| Taxpayer ID #: | **-***4878 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/10/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref#} / Check# | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/13/08 | {1} | Steven Holland | Rent on Lincoln Park property | 1110-000 | 1,900.00 | | 1,900.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.11 | | 1,900.11 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,900.35 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,900.57 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,900.81 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 1,901.01 |
| 11/07/08 | {14} | New Millenium | Turnover settlement payment | 1129-000 | 180,000.00 | | 181,901.01 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 8.50 | | 181,909.51 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.89 | | 181,922.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,929.82 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.92 | | 181,936.74 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 181,944.65 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,952.07 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.17 | | 181,959.24 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.91 | | 181,967.15 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 181,974.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 181,982.49 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,989.91 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.42 | | 181,997.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 182,005.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.67 | | 182,012.67 |
| 01/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 3.21 | | 182,015.88 |
| 01/14/10 | | To Account #*******5666 | Transfer to checking | 9999-000 | | 182,015.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 182,015.88 | 182,015.88 | $0.00 |
| Less: Bank Transfers | | 0.00 | 182,015.88 | |
| Subtotal | | 182,015.88 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $182,015.88 | $0.00 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN

Taxpayer ID #: **-***4878
Period Ending: 12/10/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****56-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/10 | | From Account #*******5665 | Transfer to checking | 9999-000 | 182,015.88 | | 182,015.88 |
| 01/14/10 | 101 | First Collateral Services, Inc. | Settlement per court order | 4110-000 | | 100,000.00 | 82,015.88 |
| 04/06/10 | | Wire out to BNYM account 9200******5666 | Wire out to BNYM account 9200******5666 | 9999-000 | -82,015.88 | | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $100,000.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-06400
**Case Name:** HOLLAND, STEVEN NORMAN

**Taxpayer ID #:** **-***4878
**Period Ending:** 12/10/10

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-*****56-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******5666 | Wire in from JPMorgan Chase Bank, N.A. account *******5666 | 9999-000 | 82,015.88 | | 82,015.88 |
| 06/21/10 | 10102 | Cook County Treasurer | Ref # 14-33-209-004-1177<br>Voided on 07/28/10 | 4110-003 | | 2,837.05 | 79,178.83 |
| 06/21/10 | 10103 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 12,350.79 | 66,828.04 |
| 06/21/10 | 10104 | Charles Myler | Attorney for trustee expenses Trustee expenses | 2200-000 | | 1,237.60 | 65,590.44 |
| 06/21/10 | 10105 | Myler, Ruddy & McTavish | Attorney for trustee fees | 3110-000 | | 15,625.00 | 49,965.44 |
| 06/21/10 | 10106 | ComEd Company | Ref # 83108052 | 7100-000 | | 49.60 | 49,915.84 |
| 06/21/10 | 10107 | OHalloran Appraisals Inc | Ref # 2814 | 7100-000 | | 37.82 | 49,878.02 |
| 06/21/10 | 10108 | NextMedia-95.9 The River | Ref # 46826 | 7100-000 | | 1,199.97 | 48,678.05 |
| 06/21/10 | 10109 | Lamar Advertising Company | Ref # 269885 | 7100-000 | | 526.61 | 48,151.44 |
| 06/21/10 | 10110 | Lincoln State Bank | Ref # XXXXXX0008 | 7100-000 | | 11,357.04 | 36,794.40 |
| 06/21/10 | 10111 | CHASE BANK USA | Acct. #xxxx0160 | 7100-000 | | 1,107.40 | 35,687.00 |
| 06/21/10 | 10112 | Norman Holland | | 7100-000 | | 29,090.26 | 6,596.74 |
| 06/21/10 | 10113 | William Ryan Homes, Inc. | | 7100-000 | | 6,596.74 | 0.00 |
| 07/28/10 | 10102 | Cook County Treasurer | Ref # 14-33-209-004-1177<br>Voided: check issued on 06/21/10 | 4110-003 | | -2,837.05 | 2,837.05 |
| 07/28/10 | 10114 | ComEd Company | Dividend paid 7.68% on $682.01; Claim# 1; Filed: $682.01; Reference: 83108052 | 7100-000 | | 2.82 | 2,834.23 |
| 07/28/10 | 10115 | OHalloran Appraisals Inc | Dividend paid 7.68% on $520.00; Claim# 2; Filed: $520.00; Reference: 2814 | 7100-000 | | 2.14 | 2,832.09 |
| 07/28/10 | 10116 | NextMedia-95.9 The River | Dividend paid 7.68% on $16,500.00; Claim# 3; Filed: $16,500.00; Reference: 46826 | 7100-000 | | 68.14 | 2,763.95 |
| 07/28/10 | 10117 | Lamar Advertising Company | Dividend paid 7.68% on $7,241.00; Claim# 5; Filed: $7,241.00; Reference: 269885 | 7100-000 | | 29.90 | 2,734.05 |
| 07/28/10 | 10118 | Lincoln State Bank | Dividend paid 7.68% on $156,162.81; Claim# 6 -2; Filed: $156,162.81; Reference: XXXXXX0008 | 7100-000 | | 644.86 | 2,089.19 |
| 07/28/10 | 10119 | CHASE BANK USA | Dividend paid 7.68% on $15,227.03; Claim# 7; Filed: $15,227.03; Reference: | 7100-000 | | 62.87 | 2,026.32 |
| 07/28/10 | 10120 | Norman Holland | Dividend paid 7.68% on $400,000.00; Claim# 8; Filed: $400,000.00; Reference: | 7100-000 | | 1,651.75 | 374.57 |
| 07/28/10 | 10121 | William Ryan Homes, Inc. | Dividend paid 7.68% on $90,707.23; Claim# 10; Filed: $90,707.23; Reference: | 7100-000 | | 374.57 | 0.00 |

Subtotals: $82,015.88 $82,015.88

Printed: 12/10/2010 03:22 PM V.12.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

Case Number: 08-06400
Case Name: HOLLAND, STEVEN NORMAN

Taxpayer ID #: **-***4878
Period Ending: 12/10/10

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-******56-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref#}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 82,015.88 | 82,015.88 | $0.00 |
| | | | Less: Bank Transfers | | 82,015.88 | 0.00 | |
| | | | Subtotal | | 0.00 | 82,015.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $82,015.88 | |

Net Receipts : 182,015.88
Net Estate : $182,015.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****56-65 | 182,015.88 | 0.00 | 0.00 |
| Checking # ***-*****56-66 | 0.00 | 100,000.00 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 82,015.88 | 0.00 |
| | $182,015.88 | $182,015.88 | $0.00 |